**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Shawna M. Williams** | Social Security number or ITIN **xxx–xx–3041** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | Date case filed for chapter **7  1/3/20** |
| Case number:  **20–00135** | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Shawna M. Williams | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 2050 Lilac Lane, Apt. G4<br>Aurora, IL 60506 | | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | | Contact phone 847 520–8100<br>Email:  davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602 | | Contact phone 312–368–0300<br>Email: gkrol@cohenandkrol.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page 1

Debtor **Shawna M. Williams**                                             Case number **20–00135**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 1/6/20 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 3, 2020 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**100 S 3rd Street, Courtroom 240, Geneva, IL 60134** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/3/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                            United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                      Case No. 20-00135-JSB
Shawna M. Williams                                          Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: jclarke               Page 1 of 2       Date Rcvd: Jan 06, 2020
                              Form ID: 309A               Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
db             +Shawna M. Williams,    2050 Lilac Lane, Apt. G4,    Aurora, IL 60506-1762
28519457        City of Aurora,    PO Box 457,    Wheeling, IL 60090-0457
28519458       +Comcast,   Bankruptcy Department,    PO Box 1931,    Burlingame, CA 94011-1931
28519466       +Lamphere Furn, Appl &,    15 S Lake St,    Aurora, IL 60506-4029
28519469       +Palisades Collection,LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
28519470       +Resurgence Legal Group, PC,    3000 Lakeside Drive,    Suite 309-S,   Bannockburn, IL 60015-1249
28519471        Rmp Llc,   2350 E. Devon,    Des Plaines, IL 60018
28519472        Rush Copley Medical Group,    1256 WATERFORD DR,    Suite 230,   Aurora, IL 60504-4511
28519474       +Trust Lending,    140 N 19th Ave,    Melrose Park, IL 60160-3703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com Jan 07 2020 02:39:42      David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr             +EDI: QGBKROL.COM Jan 07 2020 06:53:00      Gina B Krol,    Cohen & Krol,
                 105 West Madison St Ste 1100,    Chicago, IL 60602-4600
28519453        EDI: CAPONEAUTO.COM Jan 07 2020 06:53:00      Capital One Auto Finan,    Credit Bureau Dispute,
                 Plano, TX 75025
28519454       +EDI: CAPITALONE.COM Jan 07 2020 06:53:00      Capital One Bank Usa N,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
28519455       +EDI: PHINGENESIS Jan 07 2020 06:53:00      Cb Indigo/gf,    Po Box 4499,
                 Beaverton, OR 97076-4499
28519456       +E-mail/Text: bankruptcynotices@aurora-il.org Jan 07 2020 02:43:53      City of Aurora,
                 Finance Department-Red Light Camera,    44 East Downer Place,    Aurora, IL 60505-3302
28519459       +EDI: CMIGROUP.COM Jan 07 2020 06:53:00      Credit Management Lp,    6080 Tennyson Parkway,
                 Plano, TX 75024-6002
28519460       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 07 2020 02:31:01      Credit One Bank Na,
                 Po Box 98872,   Las Vegas, NV 89193-8872
28519462       +E-mail/Text: bknotice@ercbpo.com Jan 07 2020 02:43:06      Enhanced Recovery Co L,
                 Po Box 57547,   Jacksonville, FL 32241-7547
28519463        E-mail/Text: rev.bankruptcy@illinois.gov Jan 07 2020 02:42:47      Illinois Dept. of Revenue,
                 Bankruptcy Unit,    P.O. Box 19035,    Springfield, IL 62794-9035
28519464        EDI: IRS.COM Jan 07 2020 06:53:00      IRS,   Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
28519465       +E-mail/Text: bncnotices@becket-lee.com Jan 07 2020 02:41:59      Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
28519467       +EDI: NAVIENTFKASMSERV.COM Jan 07 2020 06:53:00      Navient Solutions Inc,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
28519468       +E-mail/Text: opportunitynotices@gmail.com Jan 07 2020 02:43:59      Oppity Fin,
                 130 East Randolph Street,    Chicago, IL 60601-6207
28519473        EDI: NEXTEL.COM Jan 07 2020 06:53:00      Sprint Nextel Correspondence,    Attn: Bankruptcy Dept.,
                 PO BOX 7949,   Overland Park, KS 66207
28519476       +EDI: WABK.COM Jan 07 2020 06:53:00      World Finance Corporat,    108 Frederick St,
                 Greenville, SC 29607-2532
28519475       +EDI: WABK.COM Jan 07 2020 06:53:00      World Finance Corporat,    Po Box 6429,
                 Greenville, SC 29606-6429
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28519461      ##+Duke N Duke,   1015 W North Ave,   Villa Park, IL 60181-1341
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: jclarke              Page 2 of 2              Date Rcvd: Jan 06, 2020
                              Form ID: 309A              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2020 at the address(es) listed below:
          David M Siegel    on behalf of Debtor 1 Shawna M. Williams davidsiegelbk@gmail.com,
           R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.axosfs.com;gkrol@cohenandkrol.com;acartwright@cohenandkrol.com;jneiman@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 3
```